BEN SUTER, CASB No. 107680
ADRIANA F. ERQUIAGA, CASB No. 336574
KEESAL, YOUNG & LOGAN
A Professional Corporation
578 Jackson Street
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
CITIBANK, N.A.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTRAL VALLEY HOSPITAL INVESTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., DOES 1-20, Inclusive,<br><br>Defendants. | Case No. 1:26-cv-06574-JLT-EGC<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND BY ONE WEEK DEADLINE FOR CITIBANK TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**<br><br>Current Reply Deadline: September 14, 2026<br>Proposed Reply Deadline: September 21, 2026<br><br>Hearing Date: None Set<br><br>Hon. Jennifer L. Thurston |

Having considered the parties' stipulation, and good cause appearing, the Court ORDERS:

1. The deadline for Citibank, N.A. to file its Reply in support of the Motion to Compel Arbitration and to Stay Proceedings is extended from September 14, 2026 through and including September 21, 2026.

2. All other deadlines and requirements remain unchanged.

IT IS SO ORDERED.

Dated: September 14, 2026

UNITED STATES DISTRICT JUDGE